438 A.2d 631

Commonwealth ex rel., Wray v. Wray, Appellant.

Argued June 22, 1981. Warren R. Baldys, for appellant; Cleveland C. Hummel, for appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.